**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**CONTINUING ORDER OF ABATEMENT**

Appellate case name:     Michel Fortier v. Brian Caress

Appellate case number:  01-19-00759-CV

Trial court case number: 2018-63377

Trial court:               281st District Court of Harris County

On November 11, 2019, appellant, Michel Fortier, filed an unopposed motion to stay this appeal "pending resolution of a related proceeding in the Texas Supreme Court." Appellant asserted that "the resolution of the other appeal, which is currently pending in the Texas Supreme Court, may render this one – or large parts of it – moot." We granted the motion and abated the appeal.

On February 3, 2020, the parties filed a "Joint Status Report," informing the Court that the "related case in the Texas Supreme Court is still pending" and requesting that the instant case "continue to be abated."

We direct the parties, **no later than 90 days from the date of this order**, to file a motion to reinstate and dismiss the appeal, a motion to reinstate and proceed with the appeal, or another report advising the Court of the status of the related pending case in the Texas Supreme Court. If the parties do not respond as directed, the case may be reinstated on the Court's active docket and the appeal will proceed under the applicable Texas Rules of Appellate Procedure.

The appeal remains abated, treated as a closed case, and removed from this Court's active docket.

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                    ☑ Acting individually    ☐ Acting for the Court

Date:  ___March 10, 2020___